THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Loramax LLC, Plaintiff,<br><br>v.<br><br>Dodge & Cox and Dodge & Cox Funds, Defendants. | Civil Action No. 2:15-cv-664-RWS-RSP<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF LORAMAX LLC'S ANSWER TO DEFENDANTS' COUNTERCLAIMS**

Plaintiff and Counterclaim-Defendant Loramax LLC ("Loramax" or "Plaintiff") submits the following answer in response to the Counterclaims ("counterclaims") of Defendants and Counterclaimants Dodge & Cox and Dodge & Cox Funds (collectively, "Defendants").

**COUNTERCLAIMS**

**PARTIES**

1. Admitted.

2. Admitted.

3. Admitted.

**JURISDICTION**

4. Admitted.

5. Admitted.

**COUNT I**

**DECLARATION REGARDING NON-INFRINGEMENT**

6. Plaintiff lacks sufficient facts to admit or deny this allegation.

7. Admitted, but Plaintiff denies that Defendants are entitled to such a declaration.

**COUNT II**

## DECLARATION REGARDING INVALIDITY

8. Plaintiff lacks sufficient facts to admit or deny this allegation.

9. Admitted, but Plaintiff denies that Defendants are entitled to such a declaration.

## PRAYER FOR RELIEF

Plaintiff denies that Defendants are entitled to any relief whatsoever.

## JURY DEMAND

Plaintiff assert that no response is required to this paragraph.

## **AFFIRMATIVE DEFENSE**

Pursuant to Federal Rule of Civil Procedure 8(c), Plaintiff, without waiver, limitation, or prejudice, hereby asserts the following affirmative defenses. Plaintiff reserves the right to further amend its response as additional information becomes available:

## FIRST DEFENSE

The claims of the '126 patent are presumed to be valid under 35 U.S.C. § 282(a).

## SECOND DEFENSE

Defendants infringed the '126 patent under 35 U.S.C. § 271.

## THIRD DEFENSE

Defendants' counterclaims fail to state claims upon which relief may be granted.

## FOURTH DEFENSE

Defendants cannot prove that this is an exceptional case under 35 U.S.C. § 285.

## FIFTH DEFENSE

Defendants' counterclaims are barred under the doctrine of unclean hands. Defendants have failed to support its counterclaims or defenses to Plaintiff's claims of infringement. Thus, Defendants are barred from using any equitable defenses.

## SIXTH DEFENSE

Defendants' counterclaims are barred by 35 U.S.C. § 282(b).

Therefore, Plaintiff requests that judgment be entered against Defendants and in Plaintiff's favor on the counterclaims brought by Defendants. Plaintiff further requests that it be granted all the relief requested in its Complaint.

DATED August 17, 2015.

Respectfully submitted,

*/s/ Jaspal S. Hare*
By:_____

Jaspal S. Hare (lead counsel)
Texas Bar No. 24083135
Jaspal.Hare@solidcounsel.com

David B. Dyer
Texas Bar No. 06313500
David.Dyer@solidcounsel.com

Bryan R. Haynes
Texas Bar No. 09283520
Bryan.Haynes@solidcounsel.com

**Scheef & Stone L.L.P**
500 North Akard, Suite 2700
Dallas, TX 75201
Tel: (214) 706-4200
Fax: (214) 706-4242

**ATTORNEYS FOR PLAINTIFF
LORAMAX LLC**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on Monday, August 17, 2015 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Jaspal S. Hare*
Jaspal S. Hare